1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   KEVIN ROHN GILL,                   Case No. 3:14-cv-00628-MMD-WGC

10                    Petitioner,            ORDER

11      v.

ISIDRO BACA, et al.,

Respondents.

The Federal Public Defender having advised the Court that a conflict exists in representing petitioner, and good cause appearing, it is therefore ordered that Brian Hagen, Esq., 9432 Double R Blvd., Reno, NV 89521, is appointed as counsel for petitioner for all further proceedings.

It is further ordered that petitioner shall have sixty (60) days from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

DATED THIS 3rd day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE