UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN ROHN GILL,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:14-cv-00628-MMD-WGC<br><br>ORDER |

Petitioner has filed a first amended petition. (Dkt. no. 16.) The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct respondents to file a response.

It is therefore ordered that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (dkt. no. 16). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they mustl comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 10th day of November 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE