UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN ROHN GILL,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:14-cv-00628-MMD-WGC<br><br>ORDER |

Petitioner has filed a document titled, "Motion for Enlargement of Time to Oppose Respondents' Motion to Dismiss" (ECF No. 55), and respondents have filed a response (ECF No. 56). To the extent that petitioner actually is asking for additional time to respond to the motion to dismiss (ECF No. 51), the motion is without merit, because the Court granted that motion to dismiss on September 25, 2017 (ECF No. 54). The Court directed petitioner to decide what to do with the grounds not exhausted in state court. To the extent that petitioner is asking for additional time to file his response to that order, the court grants him additional time.

It is therefore ordered that petitioner's "Motion for Enlargement of Time to Oppose Respondents' Motion to Dismiss" (ECF No. 55) is granted in part. Petitioner will have through December 28, 2017, to file the declaration or motion required by the Court's order of September 25, 2017 (ECF No. 54).

DATED THIS 13th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE