UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN ROHN GILL,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:14-cv-00628-MMD-WGC

ORDER

The Court previously denied Petitioner's motion to stay case, granted Petitioner's motion to dismiss, and entered final judgment. (ECF Nos. 64, 65.) Petitioner has filed another motion for stay and abeyance (ECF No. 66) and motion to dismiss (ECF No. 67).[1] The motions are moot because the Court already has dismissed the action. However, Petitioner has opened another action, *Gill v. Baca*, 3:18-cv-00180-MMD-CBC ("*Gill II*"). Petitioner might have intended to file these motions in *Gill II*, but he put the case number of this action on the front. The Court will deny the motions in this action. In a separate order filed in *Gill II*, the Court will give Petitioner the opportunity to file the motions in *Gill II*, along with a habeas corpus petition that is on the correct form.

It is therefore ordered that Petitioner's motion for stay and abeyance (ECF No. 66) is denied as moot.

It is further ordered that Petitioner's motion to dismiss (ECF No. 67) is likewise denied as moot.

///

---

[1] The two motions are on the same document but are docketed separately.

DATED THIS 3rd day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE